■ The People of the State of New York, Respondent, v Marlon Boatman, Appellant. [922 NYS2d 219]—Appeal from a

new sentence of the Onondaga County Court (William D. Walsh, J.), rendered September 2, 2008 imposed upon defendant's conviction of criminal possession of a controlled substance in the second degree. Defendant was resentenced pursuant to the 2005 Drug Law Reform Act upon his 2003 conviction.

It is hereby ordered that the sentence so appealed from is unanimously affirmed. Present—Scudder, P.J., Fahey, Carni, Sconiers and Martoche, JJ.